# United States of America

## United States Patent and Trademark Office

SN 86369455

# T.S. 1989

Exhibit A 

**Reg. No. 5,232,958**

**Registered Jun. 27, 2017**

**Int. Cl.: 6, 9, 14, 15, 16, 18, 21, 24, 25, 28, 35, 41**

**Service Mark**

**Trademark**

**Principal Register**

Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

TAS RIGHTS MANAGEMENT, LLC (TENNESSEE LIMITED LIABILITY COMPANY)
718 THOMPSON LANE
SUITE 108256
NASHVILLE, TN 37204

CLASS 6: Metal key chains

FIRST USE 10-27-2014; IN COMMERCE 10-27-2014

CLASS 9: Downloadable audio files featuring music and musical entertainment; sunglasses; musical video recordings; pre-recorded DVDs and CDs featuring performances by an individual in the field of music and musical entertainment; musical sound recordings; audio recordings featuring music; downloadable multimedia files featuring music; battery-activated light sticks; series of musical sound recordings; musical sound recordings; video recordings featuring music; downloadable video recordings featuring music and musical entertainment; downloadable musical sound recordings; digital music downloadable from the internet; video recordings featuring music and musical entertainment; audio recordings featuring music and musical entertainment; digital media, namely, pre-recorded DVDs, downloadable audio and video recordings, and CDs featuring and promoting music and musical entertainment; downloadable multimedia files containing audio, video, artwork, graphics, hypertext, text relating to music and musical entertainment; downloadable electronic newsletters delivered by e-mail in the fields of music, entertainment, and musical entertainment; downloadable ring tones for mobile phones

FIRST USE 5-20-2015; IN COMMERCE 5-20-2015

CLASS 14: Jewelry

FIRST USE 11-26-2014; IN COMMERCE 11-26-2014

CLASS 15: Drumsticks; guitar picks

FIRST USE 4-10-2017; IN COMMERCE 4-10-2017

CLASS 16: Stationery; blank journals; art prints; posters; decals; sheet music; notebooks; photographs; song books

FIRST USE 12-11-2016; IN COMMERCE 12-11-2016

CLASS 18: Backpacks; all-purpose carrying bags

FIRST USE 10-27-2014; IN COMMERCE 10-27-2014

CLASS 21: Beverageware



Exhibit
B

Name of swifts album
SN 8636945S

making Trademarks
1989 (8636039) and 1989
(8636916l)
are Flaudolent misrepresentions
2 3rd Degree Felonys

# United States of America
## United States Patent and Trademark Office

SN 86369161

# 1989

Exhibit C

Reg. No. 5,291,361

Registered Sep. 19, 2017

Int. Cl.: 9, 15, 16, 35, 41

Service Mark

Trademark

Principal Register

TAS RIGHTS MANAGEMENT, LLC (TENNESSEE LIMITED LIABILITY COMPANY)
718 THOMPSON LANE
SUITE 108256
NASHVILLE, TN 37204

CLASS 9: Pre-recorded CDs featuring performances by an individual in the field of music and musical entertainment; musical sound recordings; audio recordings featuring music; musical video recordings; series of musical sound recordings; musical sound recordings; video recordings featuring music; downloadable audio files featuring music and musical entertainment; downloadable video recordings featuring music and musical entertainment; downloadable musical sound recordings; downloadable ring tones for mobile phones; digital music downloadable from the Internet; video recordings featuring music and musical entertainment; audio recordings featuring music and musical entertainment; digital media, namely, downloadable audio and video recordings, and CDs featuring and promoting music and musical entertainment; downloadable multimedia files containing audio, video, artwork, graphics, hypertext, text relating to music and musical entertainment; downloadable multimedia files featuring music; downloadable electronic newsletters delivered by e-mail in the fields of music, entertainment, and musical entertainment

FIRST USE 11-10-2014; IN COMMERCE 11-10-2014

CLASS 15: Guitar picks

FIRST USE 10-27-2014; IN COMMERCE 10-27-2014

CLASS 16: Sheet music; song books

FIRST USE 12-12-2014; IN COMMERCE 12-12-2014

CLASS 35: Retail and on-line retail store services featuring audio recordings, video recordings, digital media

FIRST USE 10-27-2014; IN COMMERCE 10-27-2014

CLASS 41: Entertainment services in the nature of live musical performances; Entertainment services, namely, providing a website featuring photographs, non-downloadable videos, pre-recorded musical performances, and reviews in the field of music and musical entertainment; Entertainment services, namely, providing a website featuring photographs, non-downloadable videos, pre-recorded musical performances, and reviews relating to a musical artist; fan club services; providing non-downloadable digital music via a global communications network; entertainment services, namely, providing information relating to music and musical entertainment via a global communications network

FIRST USE 10-27-2014; IN COMMERCE 10-27-2014



Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

*SN 86363039* (handwritten)

# 1989

*Fluorulent Harkmalk 3rd Dace Felony* (handwritten)

**Reg. No. 5,380,899**

**Registered Jan. 16, 2018**

**Int. Cl.: 6, 9, 14, 16, 18, 20, 21, 24, 25, 28, 35, 41**

**Service Mark**

**Trademark**

**Principal Register**

*Certificate of Service A true and correct copy was Sent to 1201 Demonbreun St Suite 1000 Nash Tenn 37203* (handwritten)

*Joseph Matal* (signature)

Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office

TAS RIGHTS MANAGEMENT, LLC (TENNESSEE LIMITED LIABILITY COMPANY)
718 Thompson Lane
Suite 108256
Nashville, TENNESSEE 37204

CLASS 6: Metal key chains

FIRST USE 10-27-2014; IN COMMERCE 10-27-2014

CLASS 9: Sunglasses; cases for mobile phones; carrying cases specially adapted for electronic equipment, namely, mobile phones and mobile computers

FIRST USE 5-20-2015; IN COMMERCE 5-20-2015

CLASS 14: Jewelry; bracelets

FIRST USE 11-26-2014; IN COMMERCE 11-26-2014

CLASS 16: Stationery; blank journals; lithographs; art prints; photographs; posters; stickers and decalcomanias; decals; notebooks

FIRST USE 12-11-2016; IN COMMERCE 12-11-2016

CLASS 18: Backpacks; handbags; tote bags; all-purpose carrying bags

FIRST USE 10-27-2014; IN COMMERCE 10-27-2014

CLASS 20: Pillows

FIRST USE 11-27-2015; IN COMMERCE 11-27-2015

CLASS 21: Beverageware; drinking glasses, namely, tumblers

FIRST USE 12-11-2014; IN COMMERCE 12-11-2014

CLASS 24: Towels; beach towels; blanket throws; bed blankets; bed linen; household linen; pillow covers

FIRST USE 7-1-2016; IN COMMERCE 7-1-2016

CLASS 25: Clothing, namely, jackets, coats, bandanas, headwear, caps, hats, gloves, scarves, sweatshirts, hooded pullovers, shirts, t-shirts, jerseys, footwear, and tops for children and adults; shoes

FIRST USE 12-3-2016; IN COMMERCE 12-3-2016

*Exhibit D* (handwritten)

# NEAL & HARWELL, PLC

ATTORNEYS AT LAW
1201 DEMONBREUN STREET
SUITE 1000
NASHVILLE, TENNESSEE 37203

TELEPHONE
(615) 244-1713

FACSIMILE
(615) 726-0573

NEALHARWELL.COM

MOZIANIO (TREY) S. RELIFORD

TRELIFORD@NEALHARWELL.COM
(615) 238-3503 (DIRECT)

March 17, 2021

*Exhibit E* (handwritten)

**VIA CERTIFIED MAIL**
Daniel James Silva
501 Lester Lane
Winston Salem, NC 27103-1802

      *RE:*     *13 Management, LLC v. Daniel James Silva*
              *Davidson County Circuit Court (Case No. 21C444)*

Dear Mr. Silva:

Please find enclosed herewith the signed Restraining Order entered with the Court, by Judge Binkley, on March 16, 2021.

*(handwritten: mail FICUP 18 USC 1341)*

Sincerely,

Mozianio S. Reliford III

MSR\bdi
Enclosure

# NEAL & HARWELL, PLC

ATTORNEYS AT LAW
1201 DEMONBREUN STREET
SUITE 1000
NASHVILLE, TENNESSEE 37203

TELEPHONE
(615) 244-1713

FACSIMILE
(615) 726-0573

NEALHARWELL.COM

MOZIANIO (TREY) S. RELIFORD

TRELIFORD@NEALHARWELL.COM
(615) 238-3503 (DIRECT)

April 13, 2021

*[handwritten: exhibit C, Mail Fraud Count, 18 USC 1341]*

**VIA CERTIFIED MAIL**
Daniel James Silva
501 Lester Lane
Winston Salem, NC 27103-1802

Daniel James Silva
P.O. Box 493
Colfax, NC 27235-0493

> **RE:**  *13 Management, LLC v. Daniel James Silva*
> *Davidson County Circuit Court (Case No. 21C444)*

Dear Mr. Silva:

Please find enclosed herewith the Court's *Order to Appear and Show Cause* entered today, Tuesday, April 13, 2021. This Order commands you to appear in the Davidson County Circuit Court before Judge Binkley on May 14, 2021 at 1:00 P.M, and then and there defend the Motion for Civil Contempt, and show cause, if any, why you should not be arrested, or in the alternative, be subject to any such other relief that the Court deems proper against you for violations of the Court's March 8 and March 16, Orders.

Sincerely,

Mozianio S. Reliford, III

MSR\bdi
Enclosure



## NEAL & HARWELL, PLC

ATTORNEYS AT LAW
1201 DEMONBREUN STREET
SUITE 1000
NASHVILLE, TENNESSEE 37203

TELEPHONE
(615) 244-1713

FACSIMILE
(615) 726-0573

NEALHARWELL.COM

MOZIANIO (TREY) S. RELIFORD

TRELIFORD@NEALHARWELL.COM
(615) 238-3503 (DIRECT)

April 6, 2021

**VIA CERTIFIED MAIL**
Daniel James Silva
501 Lester Lane
Winston Salem, NC 27103-1802

> **RE:** *13 Management, LLC v. Daniel James Silva*
> *Davidson County Circuit Court (Case No. 21C444)*

Dear Mr. Silva:

Please find enclosed herewith the *Motion for Criminal Contempt and to Show Cause,
Order to Appear and Show Cause, Memorandum of Law in Support of Motion for Criminal
Contempt and to Show Cause,* and the *Declaration of Attorney Mozianio S. Reliford, III* along with
corresponding *Exhibits 1-9* filed with the Court on Tuesday, April 6, 2021.

Sincerely,

Mozianio S. Reliford III

MSR\bdi
Enclosure

*[handwritten annotations:]*
mail Fraud count
18 U.S.C. 1341
(Letter)

Exhibit C

certificate of el service
A true and correct copy was sent here

COMPLAINT NUMBER: 2020-0354434    WARRANT NUMBER: GS919406

PROSECUTOR: Andrew Mullen
DEFENDANT: Daniel James Silva
VICTIM: JAY SCHAUDIES



### STATE OF TENNESSEE, COUNTY OF DAVIDSON
### AFFIDAVIT
### CRIMINAL TRESPASS
### T.C.A. 39-14-405

Personally appeared before me, the undersigned, [Select one] _X__ Commissioner, ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that [Select one] __X_ he ___ she [Select one] _X__ personally observed ___ has probable cause to believe that the defendant named above on 05/19/2020 in Davidson County, did intentionally or knowingly enter or remain on the property of another knowing that the defendant did not have the effective consent of the property owner to do so, and that *the probable cause is as follows*:

THE DEFENDANT WAS ON THE PROPERTY AT 2201 HARDING PL. THE PROPERTY IS OWNED BY THE HARDING TRUST GROUP. THE DEFENDANT WAS TRYING TO SERVE FEDERAL RICO VIOLATION PAPERWORK TO THE RESIDENT AT THE HOME WHO IS A VERY WELL KNOWN CELEBRITY. HE WAS EXTREMELY AGITATED AND KEPT SAYING THAT HE WAS HERE TO SERVE THE PAPERWORK AND THAT THERE WAS A FELON IN THE HOME AND NEEDED TO BE ARRESTED. HE HAS BEEN TOLD TO LEAVE THE PROPERTY ON SEVERAL OTHER OCCASIONS THIS YEAR AND PREVIOUS YEARS. TODAY HE WAS ALSO ASKED TO LEAVE MULTIPLE TIME AND REFUSED. AS HE WAS PLACED INTO CUSTODY HE BEGAN SHOUTING IN ANGER AND STATING THAT HE WAS GOING TO HAVE THE OFFICERS JOBS. HE ALSO CONTINUED TO DEMAND THAT THE FEDERAL PAPERS NEEDED TO BE SERVED BY POLICE UNDER FEDERAL LAW AND THAT FAULIRE TO DUE SUCH WOULD CONSTITUITE ACCESORY CHARGES FOR THE OFFICER. OFFICER SPOKE TO THE HEAD OF RISK MANAGEMENT FOR THE GROUP WHO STATED THAT THEY HAVE HIM ON VIDEO PREVIOUSLY THERE AND OF HIM BEING ASKED TO LEAVE AND NOT COME BACK. THE DEFENDANT WAS ADAMANT THAT HE WAS THERE TO SERVE THE PAPERS AND MAKE A CITIZENS ARREST SO HE WAS LEGALLY ALLOWED TO BE THERE. HE WAS TAKEN INTO CUSTODY IN LIEU OF CITATION DUE TO THE LIKELY HOOD THE OFFENSE WOULD CONTINUE.

Prosecutor: Andrew Mullen   212309

*Exhibit H*

---

## ARREST WARRANT

---

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of   Criminal Trespass C MISD, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 05/19/2020 20:46:00.

Evan Harris
Judicial Magistrate

Norman Harris
Judge of the Metropolitan General Sessions Court/Commissioner

DC

CRIMINAL COURT CLERK

2020 MAY 19 PH 6:47

SERVED

1 of 1 pages    ORIGINAL

13 management

21c444

Plaintiff

Exhibit I

-vs-

Daniel James silva

Defendant

## AFFIDAVIT

I, Daniel James silva, of ___Forsyth___ , in _____ , North Carolina, MAKE OATH AND SAY THAT:

1. Taylor swift, James Douglas Baldridge, Venable LLC, neal and harwell,william T ramsey,mariam n stockton , and mazianio s reliford are actively involved in a RICO conspiracy involving fraudulent Trademarks trademarks (1989 sn: 86363039) and  (1989 sn: 86369161) because swifts name of her album is called (T.S. 1989) sn:86369455 not (1989) they have actively been protecting  fraudulent trademarks (1989 sn: 86363039) and  (1989 sn: 86369161).

2. the following cases have been aginest taylor swift, her companies and her lawyers for the following reasons (fraudulent trademarks) (1989 sn: 86363039) and  (1989 sn: 86369161), for violating my 5th and 14th amendment rights of due process and RICO violations stemming from the (wirefraud)18 U.S.C. 1343 by swifts lawyers uploaded images and other filing  on pacer.gov for all my federal cases more then 12 federal cases  and caselink for case 21c444 also sending me copy's is acts of mail fraud 18 U.S.C. Section 1341.

3. there are many federal and state judges who are Taylor swifts assessors of the fact and have committed they own RICO violations using pacer.gov and caselink to use the mail and internet to spread their fraud heres a list of the following state and federal judges who are RICO

Page 1 of 6

conspirators and the cases they committed their acts,

    U.S. District Court
Northern District of Florida

4:19-cv-00286-RH-MJF SILVA v. SWIFT
ROBERT L HINKLE, presiding
MICHAEL J FRANK, referral

4:19-cv-00290-AW-CAS SILVA v. BALDRIDGE
ALLEN C WINSOR, presiding
CHARLES A STAMPELOS, referral

4:21-cv-00024-MW-MAF SILVA v. VENABLE LLP
MARK E WALKER, presiding
MARTIN A FITZPATRICK, referral

4:21-cv-00049-WS-MAF SILVA v. SWIFT
WILLIAM STAFFORD, presiding
MARTIN A FITZPATRICK, referral

4:21-cv-00095-MW-EMT SILVA v. HINKLE
MARK E WALKER, presiding
ELIZABETH M TIMOTHY, referral

4:21-cv-00134-AW-MAF SILVA v. ROSE
ALLEN C WINSOR, presiding
MARTIN A FITZPATRICK, referral.

4. Welcome to the U.S. District Court for the Middle District of Florida

3:17-cv-00292-HES-MCR Silva v. Swift
Harvey E. Schlesinger, presiding
Monte C. Richardson, referral

3:17-cv-00814-MMH-JRK Silva v. Swift
Marcia Morales Howard, presiding
James R. Klindt, referral

3:18-cv-00688-MMH-JRK Silva v. TAS Rights Management, LLC
Marcia Morales Howard, presiding
James R. Klindt, referral

3:19-cv-00354-TJC-MCR Silva v. Tas Rights Management LLC
Timothy J. Corrigan, presiding
Monte C. Richardson, referral

3:20-cv-01343-HES-PDB Silva v. Swift
Harvey E. Schlesinger, presiding
Patricia D. Barksdale, referral

6:19-cv-00384-RBD-T_S Silva v. Tas Rights Management LLC
Roy B. Dalton, Jr., presiding
T. B. Smith, referral.

5. U.S. District Court
   Middle District of Tennessee

   3:20-cv-00810 Silva v. Swift et al
   Eli J. Richardson, presiding

   3:20-cv-00938      Silva v. Mullen et al
   William L. Campbell, Jr, presiding

all judges listed violated my 5th and 14th amendment rights to due process and have allowed fraudulent Trademarks trademarks (1989 sn: 86363039) and (1989 sn: 86369161) because swifts name of her album is called (T.S. 1989) to stay active, those trademarks prevent me due to the trademark act of 1984 from selling shirts that say 1989 on it the year of my birth without committing a 3rd degree felony.

6. the following state and federal judges are in a RICO conspiracy with musician Taylor swift,
   Federal Judge  ROBERT L HINKLE
   Federal Judge MICHAEL J FRANK
   Federal Judge ALLEN C WINSOR
   Federal Judge CHARLES A STAMPELOS

Federal Judge MARK E WALKER
Federal Judge MARTIN A FITZPATRICK
Federal Judge WILLIAM STAFFORD
Federal Judge ELIZABETH M TIMOTHY
Federal Judge Harvey E. Schlesinger
Federal Judge Monte C. Richardson
Federal Judge Marcia Morales Howard
Federal Judge James R. Klindt
Federal Judge Timothy J. Corrigan
Federal Judge Patricia D. Barksdale
Federal Judge Roy B. Dalton
Federal Judge T. B. Smith
Tennessee state Judge N Even harris
Tennessee state Judge Dianne Turner
Tennessee state Judge Joe Binkley JR

In short not only are they 18 U.S. Code § 3 - Accessory after the fact but all needed to use the united states federal mail service and pacer and or caselink/ efile to file their fraudulent orders committing multiple counts of mail and wire fraud 18 U.S.C. Section 1341—Mail Fraud 18 U.S. Code § 1343 - Fraud by wire, radio, or television committing their own Rico violations in the process.

7. one last thing ms swift if your wondering where i was the last two months, ive been taking 2 kids to school Joshua and Chelsea, Joshua is 14 and Chelsea is 12 i was taking them to school 4 times a week for 2 months dropping off and picking up, i did it because ms. Chelsea has tried twice now to committed suicide both times with pills and she cut herself a few times, ive been spending the last 2 months bringing a 12 year old girl back to life, she had no will to live 2 months ago and now shes a very happy little girl, i guess these kids reminded me of the family i haven't seen in Ireland in over 5 years, anyway do you think i just sat around and thought about u the last 2 months, i have my own life and i needed to save other lives as well.
all of you should be ashamed of yourselves and all of you that are part of ms swifts Rico conspiracy is looking at either life in prison or firing squad for High treason, i have a right to arrest ms swift, specially for conspiring aginest my 5th and 14th amendment right to due process because she was in with all the RICO judges so i never got a Fair hearing.

8. Case 21c444 is illegal and fraudulent because JESSE P. SCHAUDIES made a false police report and Harding place when i was arrested for trespassing at handling place, he also lied on a affidavit and lawyer mozianio s reliford both committed aggravated perjury in case 21c444

stating my claims were frivolous which they are not (singer 1896).

Rule 56.08: Affidavits Made in Bad Faith.

Should it appear to the satisfaction of the court at any time that any of the affidavits presented pursuant to this rule are presented in bad faith or solely for the purpose of delay, the court shall forthwith order the party employing them to pay to the other party the amount of the reasonable expenses which the filing of the affidavits caused the other party to incur, including reasonable attorney's fees, and any offending party or attorney may be adjudged guilty of contempt. [Amended by order effective July 1, 1993; and by order effective July 1, 1997.]

9. Rule 41.02: Involuntary Dismissal — Effect Thereof.

(1) For failure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of an action or of any claim against the defendant.

10. _____

            _____
            _____
            _____

STATE OF NORTH CAROLINA

COUNTY OF ~~Forsyth~~

SUBSCRIBED AND SWORN TO BEFORE
ME, on the 7th day of June, 2021

Signature ~~_____~~
(Seal)
NOTARY PUBLIC
My Commission expires: ~~_____~~

NOTARY PUBLIC
AMBER S. STREET
Forsyth County
My Commission Expires
April 27, 2026
NORTH CAROLINA

_____
(Signature)

Daniel James silva

AFFidavit
Document 68

Cirt of Service
A copy was sent to
1201 Demonbreun st
suite 1000
Nashville TN

exhibit M
makes AFFIDAVit (DKT68)
legally enforceable in a court of and
LAW. (legally Binding)

©2002-2021 LawDepot.com®



From Daniel James Silva

501 lester lane Winston salem NC 27103

To

United States District Court for the Middle District of Tennessee

801 Broadway Rm 800, Nashville, TN 37203

U.S. POSTAGE PAID
FCM LG ENV
WINSTON SALEM, NC
27103
JUN 19, 21
AMOUNT
**$6.60**
R2304M116215-86

37203

1000

CERTIFIED MAIL

7018 0680 0000 0490 8104

RECEIVED
JUN 22 2021
US DISTRICT COURT
MID DIST TENN