# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **DANIEL JAMES SILVA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **No. 3:21-cv-00480** |
| | ) |
| **13 MANAGEMENT, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Daniel James Silva filed an Amended Complaint against 13 Management, Taylor Alison Swift, and Neal and Harwell under the Racketeer Influenced and Corrupt Organizations ("RICO") Act. (Doc. No. 8). Silva also filed an amended application to proceed as a pauper. (Doc. No. 9).

The Court may authorize a person to file a civil suit without paying the filing fee. 28 U.S.C. § 1915(a). Silva has a very small income that roughly equals basic expenses. (Doc. No. 9). He reports no significant cash balance, assets, or discretionary expenses, and he is receiving the assistance of family. (Id.) It therefore appears that Silva cannot pay the full civil filing fee in advance without undue hardship. Foster v. Cuyahoga Dep't of Health and Human Servs., 21 F. App'x 239, 240 (6th Cir. 2001) Accordingly, the application (Doc. No. 9) is **GRANTED**.

Turning to the Amended Complaint, however, it is apparent that this case cannot proceed. Before Silva arrived in this Court, he filed a similar series of cases concerning musician Taylor Swift in several Florida federal courts. On June 18, 2020, the U.S. District Court for the Northern District of Florida dismissed the last of these cases and issued an injunction ("June 18 Injunction") precluding Silva from filing "any lawsuit, petition, motion, or other claim against the defendants Taylor Alison Swift, TAS Rights Management LLC, or James Douglas Baldridge, in any court,

unless the complaint initiating the lawsuit, petition, motion, or other claim is signed by an attorney." Silva v. Swift, No. 4:19CV286-RH-MJF, 2020 WL 3287884, at \*1-2 (N.D. Fla. June 18, 2020). The court specified that the June 18 Injunction was "not limited to the Northern District of Florida," but, rather, applied to Silva's "filing of lawsuits against the defendants anywhere." Id. Finally, the court noted that "willfully violating the injunction will constitute contempt of court and may subject the plaintiff to criminal sanctions, including imprisonment." Id. The court subsequently monitored the June 18 Injunction and reported to the United States Attorney certain filings in "other federal district courts [that] indicate [Silva] may have violated, and may be continuing to violate, the injunction." Silva v. Swift, No. 4:19CV286-RH-MJF (Apr. 3, 2021), slip. op. at 2.

Silva's pro se Amended Complaint pursues claims against three Defendants: 13 Management, Neal and Harwell, and Taylor Alison Swift. (Doc. No. 9). Because Silva has added Taylor Alison Swift as a Defendant, the Amended Complaint plainly violates the terms of June 18 Injunction. Accordingly, the Amended Complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Clerk for the Northern District of Florida for filing in Silva v. Swift, No. 419CV286-RH-MJF (N.D. Fla.), and for consideration of any further action pursuant to the June 18 Injunction. Silva is **CAUTIONED** that future disregard of the June 18 Injunction in this district may be viewed as vexatious behavior or subject Silva to sanctions.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE